THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN M. HOYT, JR., | CASE NO. C19-0498-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to compel arbitration (Dkt. No. 48). The motion is DENIED as moot and unripe.

The Court has consolidated this lawsuit into *Rittmann*. (*See* Dkt. No. 57.) In *Rittmann*, the Court denied Defendants' motion to compel arbitration because there was not a valid agreement to arbitrate. *See Rittmann v. Amazon.com, Inc.*, Case No. C16-1554-JCC, Dkt. No. 115 (W.D. Wash. 2016). Plaintiff Hoyt argues, in part, that his specific claims cannot be compelled to arbitration, regardless of whether there was a valid agreement to arbitrate. (*See* Dkt. No. 55.) Whether specific claims can be compelled to arbitration would first require a finding that there was a valid agreement to arbitrate. Therefore, if the Ninth Circuit affirms the Court's order denying arbitration, the parties' arguments are moot; if the Ninth Circuit reverses this

Court's order, the parties' arguments about the arbitrability of specific claims are currently unripe. Therefore, Defendants' motion to compel arbitration is DENIED as moot and unripe.

DATED this 9th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk